IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CENTER FOR CONSTITUTIONAL RIGHTS, et al., | ) ) |
| Plaintiffs, | ) ) Civil Action No. 1:13-cv-1504-ELH |
| v. | ) ) |
| CHIEF JUDGE COL. DENISE LIND, et al., | ) ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE TO COURT'S JUNE 6, 2013, ORDER
REGARDING DISQUALIFICATION**

Pursuant to this Court's June 6, 2013, order, defendants hereby inform the Court that they do not contend that her son's employment necessitates her disqualification from this case.

Dated: June 10, 2013

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

IAN HEATH GERSHENGORN
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

    /s/ John R. Tyler
JOHN R. TYLER
(DC Bar No. 297713)
ERIC WOMACK
(IL Bar No. 6279517)
GREGORY DWORKOWITZ
(NY Bar Registration No. 4796041)
U.S. Department of Justice
Civil Division
Federal Programs Branch
Washington, D.C. 20001
Tel: (202) 514-2356
Fax: (202) 616-8470

1

john.tyler@usdoj.gov

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013, I caused a true and correct copy of the foregoing Response to be served on plaintiffs' counsel electronically by means of the Court's ECF system.

                                                 */s/ John R. Tyler*
                                                 JOHN R. TYLER