IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CENTER FOR CONSTITUTIONAL RIGHTS, et al., </br> Plaintiffs, </br></br> v. </br></br> CHIEF JUDGE COL. DENISE LIND, et al., </br> Defendants. | ) </br> ) </br> ) </br> ) Civil Action No. 1:13-cv-1504-ELH </br> ) </br> ) </br> ) </br> ) </br> ) |

**JOINT STATUS REPORT**

On November 5, 2013, this Court ordered the parties to submit a Joint Status Report to identify "any remaining issues in the case," in light of the fact that "the court martial of Bradley Manning has concluded." This Court is correct that the court martial of Private First Class Bradley Manning has concluded, as he was sentenced on August 21, 2013.

Since that time, the parties have endeavored to reach a negotiated resolution to the dispute. Towards that end, Defendants asked Plaintiffs to identify any remaining issues that existed with respect to publicly available documents posted by Defendants as part of the Manning court-martial proceedings. In accordance with that request, Plaintiffs have reviewed the documents and have raised several questions, and Defendants have attempted to respond to those questions and resolve any identified issues.

Due to these negotiations, the parties have been able to narrow the dispute to one remaining issue. Plaintiffs had inquired about the status of transcripts of closed trial sessions, which the presiding military judge in the Manning court-martial had ordered to be prepared in accordance with an expedited schedule proffered by the prosecution. With respect to those transcripts, Defendants indicated that the Army is working quickly to make the transcripts

available, and that the transcripts remain a priority in light of the order of the military judge. Defendants explained further that the review process was underway for those transcripts of closed trial sessions that are not already available to the public, but that the transcripts would still need to be sent to the agencies with primary classification authority over the matters at issue for classification review.

Because that classification review implicates agencies other than Defendants, Defendants could not guarantee a response timeline. However, Defendants indicated that the process typically takes around 45 days. In addition, Defendants indicated that, once the Army receives the remaining transcripts following the primary classification review, the Army would work to make them available as soon as possible.

Based on its current information, Defendants believe that its original projection of 45 days remains accurate. Accordingly, Defendants anticipate that the transcripts of closed trial sessions will have been completed and posted by the end of January. Once those transcripts are posted, the parties agree that further litigation is unnecessary. Accordingly, upon the completion and posting of the transcripts, Plaintiffs will seek to voluntarily dismiss the present case.

Dated: November 21, 2013            Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

    /s/ John R. Tyler
JOHN R. TYLER
(DC Bar No. 297713)
ERIC WOMACK
(IL Bar No. 6279517)
GREGORY DWORKOWITZ
(NY Bar Registration No. 4796041)
U.S. Department of Justice
Civil Division

Federal Programs Branch
Washington, D.C. 20001
Tel: (202) 514-2356
Fax: (202) 616-8470
john.tyler@usdoj.gov

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2013, I caused a true and correct copy of the foregoing Joint Status Report to be served on plaintiffs' counsel electronically by means of the Court's ECF system.

*/s/ John R. Tyler*
JOHN R. TYLER