FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 JAN 31 A 10: 22

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
-- Northern Division --

Approved.
ELH
USDJ
1/30/14

| | |
|---|---|
| CENTER FOR CONSTITUTIONAL RIGHTS, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> CHIEF JUDGE COL. DENISE LIND, *et al.*, <br><br> Defendants. | Civil Action No. 13-1504 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all plaintiffs hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against all defendants.

Respectfully submitted,

/s/Shayana Kadidal
Shayana D. Kadidal (pro hac vice)
J. Wells Dixon
Baher Azmy, Legal Director
Michael Ratner, President Emeritus
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
kadidal@ccrjustice.org
Tel: (212) 614-6438
Fax: (212) 614-6499

Jonathan Hafetz
169 Hicks Street
Brooklyn, NY 11201
Tel: (917) 355-6896

William J. Murphy (#00497)
John J. Connolly (#09537)
ZUCKERMAN SPAEDER LLP
100 East Pratt St., Suite 2440
Baltimore, MD 21202-1031
wmurphy@zuckerman.com
jconnolly@zuckerman.com
Tel: (410) 332-0444
Fax: (410) 659-0436

*Counsel for Plaintiffs*

Dated: January 30, 2014